No. 24-6882

## In the
# United States Court of Appeals
## for the Ninth Circuit

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

*Plaintiff-Appellee*,

v.

MATTHEW PANUWAT,

*Defendant-Appellant*.

On Appeal from the United States District Court for the
Northern District of California, Case No. 3:21-cv-06322-WHO
Hon. William Horsley Orrick, *United States District Judge*

**DEFENDANT-APPELLANT MATTHEW PANUWAT'S
EXCERPTS OF RECORD: INDEX VOLUME**

| | |
|---|---|
| | Shay Dvoretzky |
| | Parker Rider-Longmaid |
| | Steven Marcus |
| | SKADDEN, ARPS, SLATE, |
| Jack P. DiCanio | MEAGHER & FLOM LLP |
| Caroline Van Ness | 1440 New York Ave., NW |
| SKADDEN, ARPS, SLATE, | Washington, DC 20005 |
|   MEAGHER & FLOM LLP | Telephone: 202-371-7000 |
| 525 University Ave. | shay.dvoretzky@skadden.com |
| Palo Alto, CA 94301 | parker.rider-longmaid@skadden.com |

*Counsel for Defendant-Appellant Matthew Panuwat*

# INDEX OF CONTENTS

Page

## Volume 1

Final Judgment Imposing a Permanent Injunction and
   Civil Penalty, Dist. Ct. Doc. 213 (Oct. 24, 2024) .................................... 1-ER-2

Order on Post-Trial and Remedies Motions,
   Dist. Ct. Doc. 210 (Sept. 9, 2024) ........................................................ 1-ER-6

Jury Verdict Form, Dist. Ct. Doc. 169 (Apr. 5, 2024) ............................. 1-ER-57

## Volume 2

Joint Certification of Counsel Regarding Admitted Trial Exhibits,
   Dist. Ct. Doc. 176 (Apr. 15, 2024) ....................................................... 2-ER-62

   Trial Exhibit 1333: E-mail from A. Powell to D. Hung,
   dated Aug. 18, 2016, Dist. Ct. Doc. 176-13 .......................................... 2-ER-70

   Trial Exhibit 1371: Executed Medivation Confidential
   Information and Invention Assignment Agreement,
   dated Sept. 2, 2014, Dist. Ct. Doc. 176-21 ............................................ 2-ER-72

   Trial Exhibit 1372: Executed Medivation Policy Regarding
   Securities Trading by Company Personnel and Treatment
   of Confidential Information, dated Sept. 2, 2014,
   Dist. Ct. Doc. 176-22 ............................................................................ 2-ER-81

Excerpts of E. Baxter's Trial Testimony, dated Mar. 26, 2024,
   Dist. Ct. Doc. 160 (Apr. 5, 2024) ........................................................ 2-ER-90

Excerpt of J. Jarrett's Trial Testimony, dated Mar. 27, 2024,
   Dist. Ct. Doc. 161 (Apr. 5, 2024) ...................................................... 2-ER-132

Excerpt of C. Becker's Trial Testimony, dated Mar. 27, 2024,
   Dist. Ct. Doc. 161 (Apr. 5, 2024) ...................................................... 2-ER-142

K. Mikkelson's Declaration Read Into Trial Record on
   Mar. 29, 2024, Dist. Ct. Doc. 163 (Apr. 5, 2024)...............................2-ER-154

Excerpt of D. Piscitelli's Trial Testimony, dated Mar. 29, 2024,
   Dist. Ct. Doc. 163 (Apr. 5, 2024) .........................................................2-ER-161

Excerpts of M. Panuwat's Trial Testimony, dated Apr. 3, 2024,
   Dist. Ct. Doc. 164 (Apr. 5, 2024) .........................................................2-ER-173

Excerpt of M. Panuwat's Trial Testimony, dated Apr. 4, 2024,
   Dist. Ct. Doc. 165 (Apr. 5, 2024) .........................................................2-ER-240

Excerpt of Proceedings, dated Apr. 5, 2024,
   Dist. Ct. Doc. 166 (Apr. 5, 2024) .........................................................2-ER-252

Excerpt of Preliminary Jury Instructions, dated Apr. 5, 2024,
   Dist. Ct. Doc. 166 (Apr. 5, 2024) .........................................................2-ER-261

Excerpts of Closing Argument for Plaintiff, dated Apr. 5, 2024,
   Dist. Ct. Doc. 166 (Apr. 5, 2024) .........................................................2-ER-271

Excerpt of Closing Argument for Defendant,
   dated Apr. 5, 2024, Dist. Ct. Doc. 166 (Apr. 5, 2024).......................2-ER-291

**Volume 3**

Pretrial Order Ruling on Motions in Limine,
   Dist. Ct. Doc. 126 (Mar. 8, 2024).........................................................3-ER-316

Declaration of J. DiCanio in Support of Defendant's
   Opposition to Plaintiff's Motions in Limine,
   Dist. Ct. Doc. 109-1 (Feb. 16, 2024) ...................................................3-ER-331

   Exhibit 20: Excerpts of K. Guernsey's Deposition,
   dated Sept. 26, 2022, Dist. Ct. Doc. 109-1..........................................3-ER-334

Declaration of J. Bussey in Support of Plaintiff's Motions in
   Limine, Dist. Ct. Doc. 98-1 (Feb. 12, 2024)........................................3-ER-339

Exhibit D: Excerpts of K. Guernsey's Deposition,
dated Sept. 26, 2022, Dist. Ct. Doc. 98-1 ............................................ 3-ER-343

Exhibit F: Excerpts of D. Hung's Deposition,
dated Feb. 14, 2023, Dist. Ct. Doc. 98-1 ............................................. 3-ER-360

Order Denying Defendant's Motion for Summary Judgment,
Dist. Ct. Doc. 85 (Nov. 20, 2023) ........................................................ 3-ER-368

Order Denying Defendant's Motion to Dismiss,
Dist. Ct. Doc. 26 (Jan. 14, 2022) .......................................................... 3-ER-392

Complaint, Dist. Ct. Doc. 1 (Aug. 17, 2021) .......................................... 3-ER-407

Notice of Appeal, Dist. Ct. Doc. 214 (Nov. 8, 2024) ............................. 3-ER-419

Civil Docket for Case on Appeal, No. 3:21-cv-06322-WHO
(N.D. Cal., William H. Orrick, District Judge;
filed Aug. 17, 2021) ............................................................................. 3-ER-424

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed Defendant-Appellant Matthew Panuwat's Excerpts of Record: Index Volume with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: May 16, 2025                    Respectfully submitted,

                                   */s/ Parker Rider-Longmaid*
                                   Parker Rider-Longmaid

                                   *Counsel for Defendant-Appellant*
                                   *Matthew Panuwat*

- iv -