# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff-Appellee,<br><br>           v.<br><br>MATTHEW PANUWAT,<br><br>   Defendant-Appellant. | No. 24-6882 |

### UNOPPOSED MOTION BY THE SECURITIES AND EXCHANGE COMMISSION FOR A 60-DAY EXTENSION TO FILE RESPONSE BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and this Court's Rule 31-2.2(b), Appellee Securities and Exchange Commission respectfully requests a 60-day extension of time to file its response brief, until September 15, 2025.

    1.    After receiving extensions of time, Appellant Matthew Panuwat filed an opening brief on May 16, 2025. *See* ECF 8, 10, 12.

    2.    This Court previously granted the Commission's streamlined request for an extension of time under Rule 31-2.2(a), and the Commission's response brief is currently due on July 16, 2025. *See* ECF 27.

    3.    The Commission is diligently preparing its response brief but it seeks an extension for the following reasons. The trial record in this case is extensive,

covering thousands of pages, and more time is needed to complete, and provide for internal review, of the brief. The Commission also seeks additional time to respond to the arguments raised in the amicus briefs filed here. *See* ECF 18, 19.

4. On June 13, 2025, undersigned counsel's elderly mother suffered a heart attack. Undersigned counsel is principally responsible for drafting the Commission's response brief, and requests the extension of time to help care for his mother.

5. This is not an expedited appeal.

6. Should this Court grant the Commission's request, the Commission's response brief would be due September 15, 2024. *See* Fed. R. App. P. 26(a).

7. The Commission consulted with counsel for Appellant Matthew Panuwat, who do not oppose this request.

        Respectfully submitted,

        JEFFREY A. BERGER
        Assistant General Counsel

        /s/ DAVID D. LISITZA
        Senior Appellate Counsel

        Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549
        202-551-5015
June 23, 2024        lisitzad@sec.gov

## CERTIFICATIONS

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 245 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit through the Court's Appellate Case Management System (ACMS). Service was accomplished by ACMS.

/s/ DAVID D. LISITZA
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-5015
lisitzad@sec.gov

Date: June 23, 2024